UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MORGAN PATTERSON,
    Plaintiff,

v.

SPRIGGS CONSTRUCTION LLC,
    Defendant.

Case No. 2:24-cv-00002

Judge Waverly D. Crenshaw, Jr.
Magistrate Judge Luke A. Evans

## <u>MEMORANDUM ORDER</u>

Plaintiff filed a motion for leave to file under seal her motion to enforce the settlement agreement in this case. (Doc. No. 99.) The Court denied the motion but without prejudice to refile on or before August 7, 2026. (Doc. No. 102.) Neither party filed a renewed motion for leave to file under seal.

In an abundance of caution, the Court will grant one final extension. Any party has leave to refile a motion to seal on or before August 18, 2026. Any renewed motion must include the parties' positions on sealing and on redaction under Local Rule 5.03(e). The proposed sealed document (Doc. No. 100) will remain provisionally under seal through August 18, 2026.

It is so ORDERED.

_____
LUKE A. EVANS
United States Magistrate Judge