**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**COOKEVILLE DIVISION**

| | | |
|---|---|---|
| **MORGAN PATTERSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 2:24-cv-00002** |
| | ) | |
| **SPRIGGS CONSTRUCTION LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |

# ORDER

Before the Court is the Report and Recommendation of Magistrate Judge Luke A. Evans ("R&R") (Doc. No. 106), recommending that the Court grant Morgan Patterson's motion to enforce the settlement agreement (Doc. No. 100), require him to file a statement of reasonable enforcement costs and fees within fourteen days, and, upon submission of those costs and fees, enter final judgment in the amount of $10,000 in liquidated damages plus reasonable costs and fees.

The R&R, issued on August 19, 2026, notified the parties that any objections must be filed within fourteen days of service. (Doc. No. 106 at 5). Because Spriggs Construction LLC ("Spriggs") lodged no objections to the R&R, the Court need only review it for clear error. Fed. R. Civ. P. 72(b) advisory committee note of 1983 ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has nevertheless conducted a de novo review of the R&R and the record. The Court agrees with the Magistrate Judge that Spriggs failed to timely deliver the final payment required by the parties' settlement agreement, triggering the agreement's liquidated damages provision and the obligation to pay reasonable enforcement costs and fees.

Accordingly, the Court **ADOPTS** the R&R. (Doc. No. 106). Patterson's motion to enforce the settlement agreement (Doc. No. 100) is **GRANTED**. Patterson shall file a statement of reasonable enforcement costs and fees within fourteen days of entry of this Order. Upon submission of those costs and fees, the Court will enter final judgment in the amount of $10,000 in liquidated damages plus reasonable costs and fees.

IT IS SO ORDERED

Waverly D. Crenshaw, Jr.

WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE